# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SIKORSKY AIRCRAFT CORPORATION, *et al.*, | ) ) ) ) | CIVIL ACTION NO. 3:10 CV 00954 (CSH) |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| LLOYDS TSB GENERAL LEASING (NO. 20) LIMITED, *et al.*, | ) ) ) | |
| Defendants. | ) x | |

## DECLARATION OF STEPHEN R. STEGICH ATTACHING SUPPORTING DECLARATIONS AND OTHER DOCUMENTS REFERENCED IN DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF ALL DEFENDANTS' MOTION TO DECLINE JURISDICTION AND DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1) AND TO DISMISS THE CLAIMS AGAINST LLOYDS TSB GENERAL LEASING (NO. 20) LTD. PURSUANT TO FED. R. CIV. P. 12(B)(2)

|  |  |  |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss: |
| COUNTY OF NEW YORK | ) | |

I, STEPHEN R. STEGICH, do hereby declare and say:

1. I am one of the attorneys representing the defendants to this Declaratory Judgment Action, including COUGAR HELICOPTERS, INC. ("COUGAR"), LLOYD'S TSB GENERAL LEASING (NO. 20) LTD. ("L-GEN 20"), and the remaining defendants ("UNDERWRITERS"),

who indemnified COUGAR and L-GEN 20 for certain losses arising out of the crash of a Sikorsky Model S-92 helicopter off of the coast of Newfoundland on March 12, 2009.

2. The defendants are concurrently filing a motion to dismiss or decline jurisdiction under the Declaratory Judgment Act. L-GEN 20 also moves to dismiss for lack of personal jurisdiction.

3. The documents attached hereto include two supporting Declarations, pleadings in a related action, and contractual agreements referenced in the Motion to Dismiss.

4. Attached as Exhibit "A" hereto is a true and correct copy of the Notice of Discontinuance of Helicopter Support, Inc. (HSI) the defendants herein filed in the N&L court on September 21, 2010.

5. Attached as Exhibit "B" hereto is a true and correct copy of the Statement of Claim the defendants herein filed in the Supreme Court of Newfoundland and Labrador ("N&L"), Trial Division (General) on June 24, 2010.

6. Attached as Exhibit "C" hereto is a true and correct copy of the Amended Statement of Claim the defendants herein filed in the N&L court on September 21, 2010.

7. Attached as Exhibit "D" hereto is the Declaration of Timothy Cooke submitted in support of L-GEN 20's Motion to Dismiss for lack of personal jurisdiction.

8. Attached as Exhibit "E" hereto is the Declaration of Sally Dunning submitted in support of Defendants' Motion to Dismiss for lack of subject matter jurisdiction.

9.      Attached as Exhibit "F" hereto is a true and correct copy of the "New Helicopter Sales Agreement," Contract No. 92I003038, dated January 29, 2004 ("Sales Agreement"), attachments omitted, between plaintiff SIKORSKY AIRCRAFT CORPORATION ("SIKORSKY") and original helicopter purchaser CHC Helicopter Corporation ("CHC"), a non-party to these proceedings.

10.      Attached as Exhibit "G" hereto is a true and correct copy of the "Novation Agreement" between and among SIKORSKY, CHC, and L-GEN 20, signed on or about October 27, 2006.

11.      Attached as Exhibit "H" hereto is a true and correct copy of the "Hire Purchase Agreement relating to one Sikorsky S-92 Helicopter with manufacturer's Serial Number 920048," dated October 27, 2006, ("HPA") between L-GEN 20 and non-party CHC Helicopters International Inc. ("CHCII").

12.      Attached as Exhibit "I" hereto is a true and correct copy of the Aircraft Lease General Terms Agreement, No. 1005 ("General Lease"), dated March 13, 2007, between CHCII and COUGAR.

13.      Attached as Exhibit "J" hereto is a true and correct copy of the Aircraft Specific Lease Agreement No. 1005-01 ("Specific Lease"), dated March 13, 2007 between CHCII and COUGAR.

14.      Attached as Exhibit "K" hereto is a true and correct copy hereto of the HSI S-92A Total Assurance Program Contract ("TAP Agreement") dated April 25, 2007 between COUGAR

and HSI.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2010

STEPHEN R. STEGICH

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 22, 2010 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ James T. Shearin*
James T. Shearin (ct 01326)